# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01759-REB-KLM

LEVI FRASIER,

Plaintiff,

v.

Denver Police Officers CHRISTOPHER L. EVANS #05151,
CHARLES C. JONES, #04120,
JOHN H. BAUER, #970321,
RUSSELL BOTHWELL, #94015,
JOHN ROBLEDO, and
CITY AND COUNTY OF DENVER, COLORADO

Defendants.

## MOTION FOR PROTECTIVE ORDER

The Parties, by and through their undersigned counsel, move the Court for the entry of a Protective Order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure concerning the treatment of Confidential Information.

1.  The nature of the claims, defenses and damages asserted in this lawsuit involve discovery of documents and information containing Confidential Information. The disclosure of such information outside the scope of this litigation could result in significant injury to one or more of the Parties' business or privacy interests.

2.  For these reasons, the Parties hereby move the Court to enter a Protective Order in the form submitted herewith, noting that all provisions have been agreed to by the Parties.

WHEREFORE, the Parties respectfully request that the proposed Protective Order be entered in the form submitted herewith.

Respectfully submitted,

| | |
|---|---|
| s/ Elizabeth Wang<br>Daniel M. Twetten<br>Elizabeth Wang<br>LOEVY & LOEVY<br>2060 Broadway, Ste. 460<br>Boulder, CO 80302<br>dan@loevy.com<br>elizabethw@loevy.com<br><br>*Attorneys for Plaintiff* | s/ David C. Cooperstein<br>David C. Cooperstein<br>Jamesy C. Owen<br>Assistant City Attorneys<br>Denver City Attorney's Office<br>201 W. Colfax Avenue, Dept. 1108<br>Denver, CO  80202-5332<br>Telephone: (720) 913-3100<br>Facsimile: (720) 913-3131<br>E-mail: david.cooperstein@denvergov.org<br>E-mail: jamesy.owen@denvergov.org<br><br>*Attorneys for Defendants Christopher L. Evans, Charles C. Jones, John H. Bauer, Russell Bothwell, John Robledo, and City and County of Denver* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of December, 2017, the foregoing **MOTION FOR PROTECTIVE ORDER** was filed via the CM/ECF system, which will send a notification of such filing to all counsel of record.

s/ Elizabeth Wang