**SERGEANT RUSSELL BOTHWELL - 3/6/2018**
Levi Frasier v. Denver Police Officers Christopher L. Evans, et al.

---

Page 9

1  A   I had conversations with trainees.
2  Q   And so what do you mean by conversations
3  with trainees?  As part of their training you had
4  conversations with trainees?
5  A   When you spend eight hours in a police car
6  with somebody, all different kinds of topics come up.
7  Whether it was in the manual or not, I don't recall.
8  But Cop Watch coming up, there was -- it was known
9  that people were out there videotaping the police,
10 and we discussed that.
11 Q   What did you discuss about it?
12 A   The legality of it.
13 Q   And what did you tell trainees about the
14 legality of Cop Watch?
15 A   They they're' perfectly within their rights
16 to film whatever they want.
17 Q   Were there any restrictions on those
18 rights?
19     MR. COOPERSTEIN:  Object to form and
20 foundation.
21 A   I don't think I understand your question.
22 Are there any restrictions on how they video?
23 Q   (BY MS. WANG)  Right.
24 A   As long as they don't interfere with the
25 police, no.

---

Page 10

1  Q   And so would you agree that a reasonable
2  officer, as early as the late 1990s and the early
3  2000s, would have understood that civilians had the
4  First Amendment right to record police officers?
5      MR. COOPERSTEIN:  Objection to form and
6  foundation.
7  A   I would agree with that.
8  Q   (BY MS. WANG)  Were you aware of other
9  trainers or people who trained people in the field
10 training program who had similar conversations with
11 their trainees?
12 A   I would -- I wouldn't know.  I would assume
13 so.
14 Q   Okay.  Tell me how the field training
15 program would work.  I mean, what would you do on a
16 day-to-day basis as a trainer?
17 A   You would start out at the roll call just
18 as any other day.  You would have a trainee assigned
19 to you.  You would respond to calls.  Go over the
20 calls, make sure they understood what they were
21 doing, why they were doing it, and that the paperwork
22 was completed.
23 Q   How did the -- what -- you mentioned there
24 being a three-ring binder full of topics that you
25 would train trainees on?

---

Page 11

1  A   Correct.
2  Q   How would you implement the training on
3  those topics in the binder?
4  A   You would go through them, discuss them,
5  sign off on them.  The trainee would sign off on
6  them.
7  Q   And that would happen out in the field?
8  A   As well as at the station.
9  Q   And how would it take place in the station?
10 A   Sitting down at the table, as we are,
11 discussing, going through the topics.
12 Q   Did you have multiple trainees that you
13 would train at one time or you would just assign one
14 or two people a day?
15 A   You would have one trainee assigned to you
16 at a time.
17 Q   What training did you receive when you
18 first started with the Denver Police Department with
19 respect to the First Amendment right of bystanders to
20 record the police?
21     MR. COOPERSTEIN:  Objection, foundation.
22 A   The only training I received that I can
23 recall is role call training, again, discussing Cop
24 Watch and other -- and I -- let me back up.  I'm not
25 going to say roll call training.  Conversations that

---

Page 12

1  occurred at roll call.
2  Q   (BY MS. WANG)  Conversations with whom?
3  A   Other officers present, with sergeants
4  conducting roll call.
5  Q   What kind of -- what were the content of
6  those conversations?
7  A   Much like the ones I described earlier, the
8  legality of civilians being able to video the police.
9  Q   When is the first time you ever saw any
10 training materials in written form put out by the
11 Denver Police Department relating to the First
12 Amendment right of bystanders to record the police?
13 A   I don't know what that date would be.  It
14 was certainly well beyond what I'm referring to here.
15 Q   What do you mean "beyond"?
16 A   Later into the 2000s.
17 Q   Can you give an approximate year?
18 A   I don't know.
19 Q   Is there any other training that you
20 received when you joined the DPD with respect to the
21 First Amendment rights of civilians to record the
22 police?
23 A   Not that I recall.
24 Q   Is there any other training that you ever
25 received at all to date from the Denver Police

---

3 (Pages 9 to 12)